JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-04625-MWF (PLAx)**              Date:  **September 12, 2012**

Title:       Gohar Sarkisyan -v- Bank of America Corp., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                            None Present

PROCEEDINGS (IN CHAMBERS):  ORDER DISMISSING ACTION WITH PREJUDICE

On July 3, 2012, Defendant Citibank, N.A. filed a Motion to Dismiss. (Docket No. 4). On July 12, 2012, Defendant DB Servicing Corp. filed a Motion to Dismiss. (Docket No. 6).

On August 1, 2012, pursuant to Federal Rule of Civil Procedure 15(a)(1), the Court granted Plaintiff Gohar Sarkisyan's Motion for Leave to File First Amended Complaint and denied as moot Defendants' Motions to Dismiss. (Docket No. 11). The Court ordered Sarkisyan to file the First Amended Complaint ("FAC") on or before August 15, 2012. (*Id.*)

On August 16, 2012, Defendants Citibank, N.A. and DB Servicing Corp. each filed a Request for Dismissal of Action because Sarkisyan had failed to file a FAC. (Docket Nos. 12, 13).

Consequently, on August 24, 2012, the Court ordered Sarkisyan to show cause, in writing, on or before September 7, 2012, why this action should not be dismissed for failure to prosecute. (Docket No. 14). The Court warned that "[f]ailure of Sarkisyan to respond by this date may result in the Court's dismissing this action with prejudice." (*Id.*)

JS-6
# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 12-04625-MWF (PLAx)**               Date:  **September 12, 2012**

Title:      Gohar Sarkisyan -*v*- Bank of America Corp., et al.

---

     On September 10, 2012, Defendants Citibank, N.A. and DB Servicing Corp. each filed a Renewed Request for Dismissal of Complaint with Prejudice because Sarkisyan had failed to file a response to the Order to Show Cause.  (Docket Nos. 15, 16).

     To date, Sarkisyan has filed neither any response to the Order to Show nor a FAC.

     Accordingly, this action is DISMISSED WITH PREJUDICE.

     IT IS SO ORDERED.